UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>v.<br><br>MANUEL ANTONIO GONZALEZ DELGADO,<br>DAMARYS MENDEZ TORRES, and the<br>Conjugal partnership constituted<br>by both<br>    Defendants | CIVIL NO. 98-2377(JAF)<br>FORECLOSURE OF MORTGAGE |

### ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real estate property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of Humacao, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> URBANA: Solar radicado en la Urbanización Extensión Verdemar, situada en el barrio Punta Santiago del Término municipal de Humacao, Puerto Rico, que se describe en el plano de inscripción de la urbanización con el número, área y colindancias que se relacionan a continuación:
>
> NUMERO DEL SOLAR: OCHOCIENTOS SETENTA Y NUEVE (879).
> AREA DEL SOLAR: TRESCIENTOS SIETE PUNTO OCHENTA Y CINCO METROS CUADRADOS (307.85 m/c).
>
> EN LINDES: Por el Norte, en trece punto diez metros con el solar número ochocientos ochenta y cuatro de dicha urbanización; por el Sur, en trece punto diez metros con la calle número treinta y cinco de dicha urbanización; por el Este, en veintitres punto cincuenta metros con el solar número ochocientos ochenta de dicha urbanización;



U.S. v. Manuel A. Gonzalez Delgado, et al
Civil No. 98-2377(JAF)
Page

    por el Oeste en veintitres punto cincuenta metros con el solar número ochocientos setenta y ocho de dicha urbanización."

    El inmueble antes descrito contiene una casa de vivienda.

    Plaintiff's mortgage is recorded at page number 211vto, volume 303 of Humacao, property number 13845, 4th inscription at the Registry of the Property of Humacao, Puerto Rico.

    Lis Pendens recorded at the Property Registry of Humacao, at page 49, entry 684, upon the property subject of this action.

    Given at San Juan, Puerto Rico, this 8th day of March, 2001.

                                             _____
                                             UNITED STATES DISTRICT JUDGE